JUSTICE, ADMR., ET AL., APPELLANTS, *v.* STATE FARM INSURANCE COMPANY, APPELLEE.

**[Cite as *Justice v. State Farm Ins. Co.* (2002), 94 Ohio St.3d 1211.]**

(No. 00–2156—Submitted December 12, 2001—Decided January 30, 2002.)

———————

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

---

COOK, J., dissenting. I respectfully dissent. Instead of dismissing this case as improvidently allowed, I would affirm the judgment of the court of appeals.

---

*Calhoun, Kademenos & Heichel Co., L.P.A.,* and *Janet L. Phillips,* for appellants.

*Gallagher, Gams, Pryor, Tallan & Littrell L.L.P.,* and *James R. Gallagher,* for appellee.